**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1854-WJM-KLM

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL 7, AFL-CIO, CLC,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO REOPEN AND DISMISSING CASE**

---

This matter comes before the Court on the Parties' Joint Motion to Reopen Case (ECF No. 19) and the concurrently filed Joint Stipulation of Dismissal (ECF No. 20). The Court having reviewed the Motion and the Stipulation, and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Reopen is GRANTED. The Joint Stipulation of Dismissal is GRANTED. The above-captioned matter is hereby DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 21st day of April, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge